■ In the Matter of AMOS KATZ, Appellant, v HAZEL DOTAN, Respondent. In the Matter of HAZEL DOTAN, Respondent, v AMOS KATZ, Appellant. [933 NYS2d 870]—

It is the obligation of the appellant to assemble a proper record on appeal (*see* Family Ct Act § 1118; CPLR 5525 [a]; *Matter of Remy v Mitchell*, 60 AD3d 860 [2009]). The failure to provide necessary transcripts inhibits the Court's ability to render an informed decision on the merits of the appeal (*see Matter of*

*Rudick v Rudick*, 16 AD3d 514 [2005]). In this case, the full record of the proceedings in the Family Court has not been transcribed (*see Matter of Davis v Pegues*, 266 AD2d 288 [1999]; *Matter of Baiko v Baiko*, 141 AD2d 635 [1988]).

This appeal must be dismissed, as the papers provided were patently insufficient for the purpose of reviewing the issues the father has raised (*see Matter of Remy v Mitchell*, 60 AD3d at 860; *Matter of Zullo v Hom*, 22 AD3d 675, 676 [2005]; *Matter of Rudick v Rudick*, 16 AD3d at 514). Rivera, J.P., Leventhal, Belen and Roman, JJ., concur.